**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-6916

_____

ANDY LEE WRIGHT,

Plaintiff - Appellant,

versus

THEODIS BECK, State Secretary of North
Carolina; BOYD BENNETT, Director of Prisons,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
District Judge.  (5:05-CT-00543-D)

_____

Submitted:  January 5, 2007         Decided:  February 13, 2007

_____

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Andy Lee Wright, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andy Lee Wright appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Wright v. Beck, No. 5:05-CT-00543-D (E.D.N.C. Nov. 21, 2005, and Apr. 6, 2006). We deny Wright's motion for default judgment; his request for an independent counsel, which we construe as a motion for appointment of counsel; and his motion to compel and for intervention, which he submitted under Fed. R. Civ. P. 24. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -